Matthew R. Tavares, Esq. (ID# 076972013)
**RAINONE COUGHLIN MINCHELLO, LLC**
555 U.S. Route 1, South
Suite 440
Iselin, NJ 08830
Tel: (732) 709-4182
Fax: (732) 791-1555
*Attorneys for Defendants, Township of Edison, i/p/a City of Edison and Edison Police Department*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLTON R. BRATHWAITE, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW TALAVERA, ET ALS., <br><br> Defendant(s). | Civil Action No: 2:24-CV-08910-BRM-JRA <br><br> **STIPULATION WITHDRAWING MOTION FOR DEFAULT, MOTION TO VACATE AND EXTENDING TIME TO FILE AN ANSWER** <br><br> *(Document Electronically Filed)* |

It is hereby stipulated and agreed by and between counsel for Plaintiff, Carlton R. Brathwaite, and counsel for Defendants, Township of Edison, i/p/a City of Edison, Edison Police Department, and Matthew Talavera, that:

1. Plaintiff's motion for default filed on November 8, 2024, against the Defendants is hereby withdrawn;

2. Defendants' cross-motion to vacate default filed on November 18, 2024 is hereby withdrawn;

3. The Clerk's entry of default against the Defendants is vacated; and

390937v1

4. Defendants time to serve and file an Answer or otherwise respond to the Complaint in this matter is extended to fifteen (15) days from the date of execution of this stipulation.

**T.A. BLAKBURN LAW, PLLC**
Attorney for Plaintiff,
Carlton R. Brathwaite

**RAINONE COUGHLIN MINCHELLO, LLC**
Attorney's for Defendants
Township of Edison, i/p/a City of Edison, Edison Police Department

By: /s/ Tyrone A. Blackburn
    Tyrone A. Blackburn, Esq
Dated: 4/4/25

By: /s/ Mattthew R. Tavares
    Matthew R. Tavares, Esq.
Dated: 4/4/25

**DVORAK & ASSOCIATES, LLC**
Attorney for Defendant,
Matthew Talavera

By: /s/ Lori A. Dvorak
    Lori A. Dvorak, Esq.
Dated: 4/4/25

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: APRIL 8, 2025

390937v1