

# Dvorak & Associates, LLC

### Attorneys-at-Law

Lori A. Dvorak
Certified by the Supreme Court as a Civil Trial Attorney

www.DvorakLegal.com

33 Naughright Road, Long Valley, NJ 07853
(732) 317-0130; Lori@DvorakLegal.com

July 13, 2026

Honorable Judge Jose R. Almonte, U.S.M.J.
***Via e-courts***

>   Re:    <u>Brathwaite v. Talavera</u>
>          Docket: 24-cv-08910

Dear Judge Almonte:

I represent the Defendant, Matthew Talavera, in the above-entitled action. I am writing to respectfully request the Court's attention and guidance regarding the matters brought before Your Honor during the May 28, 2026 Status Conference and Your Honor's subsequent instructions contained in the Text Order at docket entry #45, posted to ECF on even date.

As you may recall, as a result of the conference, Your Honor directed:

The discovery deadlines are extended according to the Court's Fourth Amended Scheduling Order. The parties will be referred to mediation. By June 5, 2026, the parties shall notify the Court of their chosen mediator, the mediator's business address and contact information, and the date of mediation. Mediation shall take place no later than July 31, 2026. When choosing a mediator, the parties are encouraged to consider the District of New Jersey Certified Mediator List but the parties are free to select a private mediator outside of that list. In the event that the parties are unable to choose a mediator, the Court will select one for them. Should this matter not resolve in mediation, a conference will be held on September 2, 2026, at 2:00 p.m. For the conference, please dial 973-437-5535 and enter Phone conference ID: 691 796 032#. No later than August 26, 2026, the parties shall file a joint letter not to exceed five (5) pages summarizing the status of the case and mediation. So Ordered by Magistrate Judge Jose R. Almonte on 5/28/2026. (akw)

In order to be prepared to proceed with the meaningful mediation, Defendants advised they would need to conduct the deposition of Plaintiff prior to the mediation. In furtherance of same, the parties all agreed to conduct the deposition of Plaintiff on June 23, 2026. Prior to the close of business on June 22nd , all parties agreed to proceed on June 23rd beginning at 10 am. On the morning of June 23rd , neither Plaintiff nor Plaintiff's counsel appeared for the Zoom deposition.

# Dvorak & Associates, LLC

Attorneys-at-Law

July 13, 2026
Page 2

The undersigned called, texted, and e-mailed Plaintiff's counsel, but did not receive a reply and the deposition did not occur.   Thereafter, the undersigned followed up with Plaintiff's counsel further, but to date has had no contact with Plaintiff counsel.

In accordance with Your Honor's Order, all parties agreed to utilize the services of Douglas K. Wolfson, J.S.C., Ret.,  from the Certified Mediators List.   All counsel agreed to the date of July 15, 2026, and the undersigned so notified Your Honor at docket entry #47.  At the present time, Judge Wolfson's office has been reaching out to conduct the mediation for this date, but Plaintiff's counsel has not responded.  Additionally, the undersigned was not able to complete the deposition of Plaintiff in order to meaningfully proceed.   However, since I have not been able to obtain contact with Plaintiff's counsel, defense counsel have been unable to come up with a path forward in this regard.

As such, Defendants are requesting assistance from the Court in this regard.


Respectfully submitted,

*/s/ Lori A. Dvorak*
**LORI A. DVORAK**

cc:     Palmer Richardson, Esq.,  via e-courts
        Tyrone Blackburn, Esq., via e-courts
        Douglas K. Wolfson, J.S.C., Ret. via e-mail
        dwolfson@weingartenlaw.com