# T.A. BLACKBURN LAW, PLLC

1242 East 80th Street, 3rd Floor, Brooklyn, NY 11236
P: (347) 342-7432 | E: tblackburn@tablackburnlaw.com

July 20, 2026

**VIA ECF / e-Courts**
Honorable Jose R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:    *Carlton Brathwaite v. Matthew Talavera, et al.*
Docket No.:    24-cv-08910 (BRM)(JRA)

Plaintiff's Request to Adjourn the July 22, 2026, Conference

Dear Judge Almonte:

This firm represents Plaintiff Carlton Brathwaite in the above-referenced matter. I write respectfully to request an adjournment of the in-person conference presently scheduled for July 22, 2026, and to briefly address the issues raised in defense counsel's July 13, 2026, letter to the Court (ECF No. 48).

I.    Request for Adjournment

The undersigned respectfully requests an adjournment of the July 22, 2026, conference due to two previously scheduled and unavoidable conflicts on that same date and time: (1) a *Ferreira* conference; and (2) a status conference in the United States District Court for the Eastern District of New York. Both matters were calendared before the July 22, 2026, conference was set.

In light of these conflicts, Plaintiff respectfully asks whether the Court would be willing either to (a) reschedule the in-person conference to another day this week, subject to the Court's availability, or (b) convert the conference to a telephone or video appearance. Plaintiff is prepared to proceed on either basis and does not seek this accommodation for the purpose of delay.

II.    Response to Defense Counsel's July 13, 2026, Letter (ECF No. 48)

So that the Court has a complete picture of the deposition-scheduling issue, Plaintiff respectfully offers the following chronology:

Plaintiff and the undersigned were prepared to proceed with Plaintiff's deposition on the date originally agreed upon by all parties. Defense counsel thereafter canceled that deposition due to a scheduling conflict on her end.

The undersigned promptly offered alternative dates during the following week to accommodate defense counsel. Defense counsel then advised that he had pre-existing vacation plans during that period.

Defense counsel subsequently reversed her earlier cancellation and elected to proceed with the deposition as originally noticed. The undersigned did not see that email in time. By the time it was received, the undersigned had already advised the client that the deposition was canceled and had boarded a flight to San Diego, California, to attend his nephew's United States Marine Corps promotion ceremony—a long-standing family commitment I had initially had no intention to attend due to the scheduled deposition in this case.

Notwithstanding the deposition-scheduling dispute, Plaintiff advised that he remained willing to proceed with the mediation scheduled for July 15, 2026. Defense counsel responded that she required Plaintiff's deposition first in order to assess damages.

To avoid losing the July 15, 2026, date—already reserved on the parties' calendars—the undersigned proposed that the parties repurpose that date for Plaintiff's deposition. Defense counsel advised that she was unable to secure a court reporter on such short notice during vacation season.

The undersigned then provided defense counsel with an alternative court reporting service (Steno) offering expedited turnaround to resolve the impasse. Defense counsel did not respond to that suggestion.

On July 20, 2026, the undersigned emailed defense counsel to confirm Plaintiff's availability to sit for his deposition on July 30, 2026—the very date defense counsel had earlier proposed—and advised that Plaintiff would change his travel plans to accommodate. The undersigned followed up again the same day. As of this writing, defense counsel has not responded. Also on July 20, 2026, the undersigned emailed the Court-appointed mediator, Douglas K. Wolfson, J.S.C. (Ret.), advising that Plaintiff is prepared to proceed with mediation at the earliest available date. Judge Wolfson responded that his office would schedule the mediation as soon as Plaintiff's deposition is completed. Defense counsel was copied on that correspondence and did not respond.

III.    Conclusion

Plaintiff remains ready, willing, and available to complete his deposition on July 30, 2026, and to proceed to mediation immediately thereafter. The delay in completing Plaintiff's deposition

has not been occasioned by Plaintiff or the undersigned. Plaintiff respectfully requests that the Court adjourn the July 22, 2026, conference to another day this week, or convert it to a telephonic or video conference, and further requests the Court's assistance in directing the parties to finalize the July 30, 2026, deposition date so that mediation may proceed without further delay.

The Court's time and consideration are appreciated.

Respectfully submitted,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
*Counsel for Plaintiff Carlton Brathwaite*

cc:    Lori A. Dvorak, Esq. (*via ECF/e-Courts*)
       Palmer Richardson, Esq. (*via ECF/e-Courts*)

 Gmail

Tyrone Blackburn <tblackburn@tablackburnlaw.com>

## Brathwaite

4 messages

**Lori A. Dvorak** <Lori@dvoraklegal.com>                                    Tue, Jul 14, 2026 at 10:34 AM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>, "prichardson@njrcmlaw.com" <prichardson@njrcmlaw.com>

Since the mediation was cancelled for tomorrow, please advise if each of you and Mr. Brathwaite are available to conduct his deposition instead on 7/15 beginning at 10am via zoom? If everyone is available, I will see if a court report can be obtained

please advise asap

Lori A. Dvorak, Esq.

Certified by the New Jersey Supreme Court

   as a Civil Trial Attorney

Dvorak and Associates, LLC

Attorneys at Law

33 Naughright Road

Long Valley, NJ 07853

Email: Lori@DvorakLegal.com

732-317-0130 - office

201-951-3068 - mobile

www.DvorakLegal.com

 *Go Green - Please don't print this e-mail unnecessarily.*

Note: The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Dvorak and Associates for any loss or damage arising in any way from its use.

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                Tue, Jul 14, 2026 at 10:41 AM
To: "Lori A. Dvorak" <Lori@dvoraklegal.com>
Cc: "prichardson@njrcmlaw.com" <prichardson@njrcmlaw.com>

Yes
*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com
_____
_____
Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

[Quoted text hidden]

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                Mon, Jul 20, 2026 at 10:08 AM
To: "Lori A. Dvorak" <Lori@dvoraklegal.com>
Cc: "prichardson@njrcmlaw.com" <prichardson@njrcmlaw.com>

Counsel, please let me know if you are still open to depose Plaintiff on July 30th.  If yes, he is available, and I will change my flight to accommodate.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____
_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

[Quoted text hidden]

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                Mon, Jul 20, 2026 at 1:33 PM
To: "Lori A. Dvorak" <Lori@dvoraklegal.com>
Cc: "prichardson@njrcmlaw.com" <prichardson@njrcmlaw.com>

Following up.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

[Quoted text hidden]

 Gmail

## Deposition

3 messages

**Lori A. Dvorak** <Lori@dvoraklegal.com>                                Tue, Jul 14, 2026 at 11:31 AM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>, "prichardson@njrcmlaw.com" <prichardson@njrcmlaw.com>
Cc: "June L. Patten" <jpatten@dvoraklegal.com>


I can't obtain a court reporter on such short notice during vacation season.


Gentlemen, let me know if 7/30 works for the deposition of plaintiff beginning at 10 am by zoom


Lori A. Dvorak, Esq.

Certified by the New Jersey Supreme Court

   as a Civil Trial Attorney

Dvorak and Associates, LLC

Attorneys at Law

33 Naughright Road

Long Valley, NJ 07853

Email: Lori@DvorakLegal.com

732-317-0130 - office

201-951-3068 - mobile

www.DvorakLegal.com

 *Go Green - Please don't print this e-mail unnecessarily.*

Note: The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately.  Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Dvorak and Associates for any loss or damage arising in any way from its use.

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                    Tue, Jul 14, 2026 at 12:37 PM
To: "Lori A. Dvorak" <Lori@dvoraklegal.com>
Cc: "prichardson@njrcmlaw.com" <prichardson@njrcmlaw.com>, "June L. Patten" <jpatten@dvoraklegal.com>

I am traveling on that day.  Have you ever used Steno Court reporting? They have 24 hour turn around service,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

[Quoted text hidden]

---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                    Mon, Jul 20, 2026 at 3:19 PM
To: "Lori A. Dvorak" <Lori@dvoraklegal.com>
Cc: "prichardson@njrcmlaw.com" <prichardson@njrcmlaw.com>, "June L. Patten" <jpatten@dvoraklegal.com>

I responded on a different thread, letting you know that it works for me.  I have not heard back from either of you.  Judge Wolfson has indicated that he is prepared to schedule

meditation as soon as the deposition is concluded.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

[Quoted text hidden]

 Gmail

---

# Carlton Brathwaite v. Edison Township et als - July 15, 2026 10:00 AM Mediation - NJ Law Center

---

**Doug Wolfson** <dwolfson@weingartenlaw.com>                    Mon, Jul 20, 2026 at 9:50 AM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>, Susan Schuchard <sschuchard@weingartenlaw.com>
Cc: "lori@dvoraklegal.com" <lori@dvoraklegal.com>, "prichardson@njrcmlaw.com" <prichardson@njrcmlaw.com>, Doug Wolfson <dwolfson@weingartenlaw.com>

Let us know when the deposition has been completed, and Susan will schedule the mediation in coordination

with the NJ Law Center as to its availability and your respective schedules.

Please let her know whether a full day or half day is required so Susan

Can forward to you both the appropriate retainer letter.

Thanxx. . . DKW

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, July 20, 2026 9:32 AM
**To:** Susan Schuchard <sschuchard@weingartenlaw.com>
**Cc:** lori@dvoraklegal.com; prichardson@njrcmlaw.com; Doug Wolfson <dwolfson@weingartenlaw.com>
**Subject:** Re: Carlton Brathwaite v. Edison Township et als - July 15, 2026 10:00 AM Mediation - NJ Law Center

Good morning Judge Wolfson,

The court has reassigned the mediation to you.  Plaintiff is prepared to move forward with the deposition on whatever date is most convenient for the Defendants, and we are also prepared to move forward with mediation at the earliest date most convenient for Your Honor.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor