**Dvorak & Associates, LLC**
Attorneys-at-Law

**Lori A. Dvorak**
Certified by the Supreme Court as a Civil Trial Attorney

www.DvorakLegal.com

33 Naughright Road, Long Valley, NJ 07853
(732) 317-0130; Lori@DvorakLegal.com

September 18, 2026

***Via ECF Only***
Honorable José R. Almonte, U.S.M.J.
Martin Luther King Building
& United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: Brathwaite v. Talavera
Civil Action No: 24-8910

Dear Judge Almonte:

With regard to the above-entitled matter, the undersigned serves as counsel for Defendant, Matthew Talavera. Please accept this correspondence to advise your Honor, in accordance with the August 27, 2026 Text Order @ DOC 57, that the matter has been amicably settled amongst the parties with the approvals of the Central Jersey Joint Insurance Fund.

Upon completion of the settlement paperwork, Stipulations of Dismissal with be uploaded to the case docket.

Respectfully submitted,

*/s/ Lori A. Dvorak*
LORI A. DVORAK

LAD:jlp
cc: All counsel via e-courts