*Lori A. Dvorak - Attorney I.D.: 021871992* lori@dvoraklegal.com
Our File No. 1160-2345
**Dvorak & Associates, LLC**
467 Middlesex Avenue
Metuchen, New Jersey 08840
(732) 317-0130; (732) 317-0140 (FAX)
Attorneys for Defendant, Matthew Talavera

| | |
|---|---|
| CARLTON R. BRATHWAITE,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW TALAVERA, CITY OF EDISON, EDISON POLICE DEPARTMENT, JOHN AND JANE DOES 1 - 10<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.<br><br>2:24-cv-08910<br><br>**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MATTHEW TALAVERA ONLY** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff, Carlton Brathwaite, and counsel for Defendant, Matthew Talavera, that the matter is hereby voluntarily dismissed with prejudice.

**T. A. BLACKBURN LAW, PLLC**
Attorney for Plaintiff, Carlton Brathwaite

BY: *Tyrone A. Blackburn, Esq.*
Tyrone Anthony Blackburn, Esq.

**DVORAK & ASSOCIATES, LLC**
Attorney for Defendant, Matthew Talavera

BY: /s/ Lori A. Dvorak
Lori A. Dvorak, Esq.

Dated: September 23, 2026

SO ORDERED.

*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: NOVEMBER 10, 2026